AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

> **RECEIVED**
> By USMS District of Columbia District Court at 11:37 am, Sep 18, 2025

United States of America

v.

Kristopher Nelson

*Defendant*

)
)
)
)
)
)
)

Case: 1:25-mj-00222
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 9/17/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Kristopher Nelson    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1028(a)(6) - Fraud and related activity in connection with identification documents, authentication features, and information.

Date:    09/17/2025

_____
*Issuing officer's signature*

City and state:    Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/17/25 , and the person was arrested on *(date)* 10/1/25
at *(city and state)* Washington D.C.

Date: 10/1/25

_____
*Arresting officer's signature*

Vincent Cruse    DUSM
*Printed name and title*